UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN WATTS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CMRE FINANCIALSERVICES, INC,<br><br>　　　　　Defendant | CASE NO.: 8:21-cv-00424-JVS-DFM<br><br>**ORDER OF DISMISSAL** |

　　Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice.

　　IT IS SO ORDERED.

DATED: March 31, 2021

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA

{00148782;1}